# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **FRANK JOSEPH LIRA,** **Defendant.** | CR 20-24-GF-BMM **ORDER** |

Pending before the Court is the unopposed motion of the United States to appear telephonically for the detention hearing in this matter. There being no objection, and for good cause shown, IT IS ORDERED that counsel for the United States may appear by telephone at the detention hearing set March 20, 2020. The United States shall make arrangements with the Court Clerk's staff prior to the hearing.

DATED this 19th day of March, 2020.

John Johnston
United States Magistrate Judge

1