## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**FRANK JOSEPH LIRA,**<br><br>**Defendant.** | **CR 20-24-GF-BMM**<br><br><br>**ORDER GRANTING MOTION TO REVOKE PRETRIAL RELEASE AND ISSUING WARRANT** |

The Government has moved to revoke the defendant's pretrial release.    I find there is probable cause to believe the defendant has violated conditions of release, supported by the affidavit of the U.S. Pretrial Services Officer given under penalty of perjury.

Therefore, IT IS HEREBY ORDERED that the Clerk of Court issue a WARRANT.

DATED this 14th day of May, 2020.


_____
John Johnston
United States Magistrate Judge